forms virtually the sole question on this appeal. The transfer was made by the executors pursuant to an oral agreement entered into by decedent some six years before his death.

*William L. Tierney* for .appellant.

*Frederick R. Ryan* and *Roderic Wellman* for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Absent: McLAUGHLIN, J.

---

GEORGE H. MONTROSE, Appellant, *v.* VALLANDIGHAM B. BAGGOTT et al., Copartners under the Firm Name of BAGGOTT & RYAL, Respondents.

*Montrose* v. *Baggott*, 161 App. Div. 494, appeal dismissed.
(Argued March 4, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 13, 1914, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action against defendants as attorneys at law to recover for alleged negligence in the conduct of legal business for plaintiff.

*Francis H. Warland* for appellant.

*Samuel Fleischman* for respondents.

Appeal dismissed on argument; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.